## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GEORGE AINSWORTH,
an individual,                                                    Case No.:

     Plaintiff,

v.

DFS SERVICES LLC d/b/a DISCOVER BANK,
a foreign limited liability company,

     Defendant.
_____/

### VERIFIED COMPLAINT

**COME NOW**, Plaintiff, GEORGE AINSWORTH (hereinafter, "Plaintiff"), by and through the undersigned counsel, and hereby sues Defendant, DFS SERVICES LLC d/b/a DISCOVER BANK (hereinafter, "Defendant"). In support thereof, Plaintiff states:

### PRELIMINARY STATEMENT

1.     This is an action for damages brought by an individual consumer for Defendant's violations of the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes (hereinafter, the "FCCPA"), the Telephone Consumer Protection Act, 47 United States Code, Section 227 (hereinafter, the "TCPA"), and for declaratory judgment and injunctive relief in equity.

2.     Specifically, this is an action for Defendant's unlawful attempts to collect a consumer debt from Plaintiff by placing calls to Plaintiff's cellular telephone using an automatic telephone dialing system, a predictive telephone dialing system, or an artificial or pre-recorded voice, despite Defendant lacking Plaintiff's consent to make such calls to his cellular telephone.

## JURISDICTION, VENUE & PARTIES

3.     Jurisdiction of the Court arises under 47 United States Code, Section 227(b)(3), 28 United States Code, Section 1337, and supplemental jurisdiction exists for the FCCPA claims pursuant to 28 United States Code, Section 1367.  Declaratory relief is available pursuant to 28 United States Code, Sections 2201 and 2202.

4.     Defendant is subject to the jurisdiction of this Court as Defendant regularly transacts business in this District as the events described herein occur in this District.

5.     Venue in this District is proper because Defendant transacts business in this District, and the conduct complained of occurred in this District.

6.     At all material times herein, the conduct of Defendant, complained of below, occurs in Pinellas County, Florida.

7.     At all material times herein, Plaintiff is an individual residing in Pinellas County, Florida.

8.     At all material times herein, Defendant is a foreign limited liability company engaged in business in Florida with its principal place of business located at 2500 Lake Cook Road, Riverwoods, Illinois 60015.

## FCCPA STATUTORY STRUCTURE

9.     The FCCPA is a state consumer protection statute, modeled after the Federal Fair Debt Collection Practices Act, a statute designed to prohibit unfair, deceptive, and abusive practices in collection of consumer debts as well as to protect against the invasion of individual privacy.  15 United States Code, Section 1692(a) and (e); Florida Statutes, Sections 559.55 and 559.77(5).

2

10.     The FCCPA imposes civil liability on a creditor that "offers or extends credit creating a debt or to whom a debt is owed . . ." and prohibits any person from engaging in particular conduct in connection with collecting consumer debts.  Florida Statutes, Section 559.55(5).

11.     Specifically, the FCCPA prohibits unlawful debt collection "communications" with consumer debtors, which is defined as "the conveying of information regarding a debt *directly or indirectly* to any person *through any medium*" (emphasis added).   Florida Statutes, Section 559.55(2).

12.     For example, the FCCPA prohibits a person from collecting consumer debt by communicating with the consumer in a manner that can be expected to harass or abuse the consumer debtor, and also prohibits a person from claiming, attempting, or threatening to enforce a consumer debt "when such person knows that the debt is not legitimate" or by asserting a legal right that does not exist.  *See* Florida Statutes, Sections 559.72(7) and 559.72(9).

## TCPA STATUTORY STRUCTURE

13.     Congress enacted the TCPA in effort to restrict pervasive use of telemarketing and increasing use of cost-effective telemarketing techniques.  Pub L. 102-243, § 2, Dec. 20, 1991, 105 Sta. 2394 (1) and (8).

14.     Congress found that "[u]nrestricted telemarketing…can be an intrusive invasion of privacy…" and it intended to prevent automated or pre-recorded telephone calls as "the only effective means of protecting telephone consumers from this nuisance and privacy invasion." *Id.* at (5) and (12).

15.     Under the TCPA, any person who initiates calls to any number assigned to a cellular telephone service using any automated telephone dialing system or artificial or prerecorded voice without the recipient's prior express consent is liable to the recipient for actual monetary loss, or

3

up to $500.00 in damages for each violation of the TCPA, whichever is greater.  47 U.S.C. § 227(b)(3)(B).

16.     Additionally, under the TCPA, the court may increase the damage award up to three (3) times, up to $1,500.00, for each willful or knowing violation of the TCPA.  *Id* at § 227(b)(3)(C).

## GENERAL ALLEGATIONS

17.     At all material times herein, Defendant is a "creditor" as defined by Florida Statutes, Section 559.55(5).

18.     At all material times herein, Plaintiff is a "debtor" or "consumer" as defined by Florida Statutes, Section 559.55(8).

19.     At all material times herein, Defendant attempts to collect a debt, specifically a balance on a Discover consumer credit card (hereinafter, the "Debt").

20.     At all material times herein, the Debt is a consumer debt, a result of a transaction for goods or services, incurred primarily for personal, household, or family use.

21.     At all material times herein, Defendant is a "person" subject to Florida Statutes, Section 559.72.  *See* Fla. Stat. § 559.55(5); *Schauer v. General Motors Acceptance Corp.*, 819 So. 2d 809 (Fla. 4th DCA 2002).

22.     At all material times herein, Defendant's conduct, with regard to the Debt complained of below, qualifies as "communication" as defined by Florida Statutes, Section 559.55(2).

23.     At all material times herein, Defendant acts itself or through its agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, third-party vendors, and insurers.

24.     All necessary conditions precedent to the filing of this action occurred or Defendant waived the same.

4

## FACTUAL ALLEGATIONS

25.     Defendant made telephone calls, as more specifically alleged below, to Plaintiff's cellular telephone number 727.XXX.1240 (hereinafter, "Plaintiff's Cellular Telephone) using an automatic telephone dialing system (hereinafter, "ATDS"), a predictive telephone dialing system (hereinafter, "PTDS"), or an artificial or pre-recorded voice (hereinafter, "APV").

26.     Plaintiff owns, regularly uses, and possesses Plaintiff's Cellular Telephone.

27.     At no time herein did Defendant possess Plaintiff's prior express consent to call Plaintiff's Cellular Telephone using an ATDS, a PTDS, or an APV.

28.     Further, if Defendant contends it possessed such consent, Plaintiff revoked any consent the moment that Plaintiff orally instructed Defendant to cease calling Plaintiff's Cellular Telephone, in or about both February 2015 and the Fall of 2015.

29.     Additionally, if Defendant contends it made the below-referenced phone calls for "informational purposes only," Defendant nevertheless lacked the required prior express written consent necessary to make such informational calls to Plaintiff's Cellular Telephones using an ATDS, a PTDS, or an APV.

30.     Defendant directly made calls to Plaintiff's Cellular Telephone on or about the following dates and times:

| | | | |
|---|---|---|---|
| 1) | 02/04/2015 | 13:55:36 | UTC |
| 2) | 02/04/2015 | 13:55:37 | UTC |
| 3) | 02/07/2015 | 14:55:53 | UTC |
| 4) | 02/07/2015 | 14:55:54 | UTC |
| 5) | 02/10/2015 | 15:38:42 | UTC |
| 6) | 02/10/2015 | 15:38:43 | UTC |
| 7) | 02/11/2015 | 15:51:50 | UTC |
| 8) | 02/11/2015 | 15:51:51 | UTC |
| 9) | 02/12/2015 | 21:24:22 | UTC |
| 10) | 05/06/2015 | 12:21:04 | UTC |
| 11) | 05/06/2015 | 17:39:55 | UTC |
| 12) | 05/06/2015 | 21:13:30 | UTC |
| 13) | 05/06/2015 | 21:13:31 | UTC |

| | | | |
|---|---|---|---|
| 14) | 05/07/2015 | 12:12:33 | UTC |
| 15) | 05/07/2015 | 16:31:53 | UTC |
| 16) | 05/07/2015 | 21:28:50 | UTC |
| 17) | 05/08/2015 | 12:46:38 | UTC |
| 18) | 05/08/2015 | 17:23:19 | UTC |
| 19) | 05/08/2015 | 23:45:30 | UTC |
| 20) | 05/09/2015 | 12:38:24 | UTC |
| 21) | 05/09/2015 | 16:20:19 | UTC |
| 22) | 05/09/2015 | 16:20:20 | UTC |
| 23) | 05/09/2015 | 17:30:58 | UTC |
| 24) | 05/10/2015 | 13:24:30 | UTC |
| 25) | 05/10/2015 | 15:32:06 | UTC |
| 26) | 05/10/2015 | 16:47:45 | UTC |
| 27) | 05/11/2015 | 12:26:02 | UTC |
| 28) | 05/11/2015 | 17:05:03 | UTC |
| 29) | 05/11/2015 | 22:50:32 | UTC |
| 30) | 05/12/2015 | 12:50:42 | UTC |
| 31) | 05/12/2015 | 18:56:13 | UTC |
| 32) | 05/12/2015 | 22:25:07 | UTC |
| 33) | 05/13/2015 | 12:49:07 | UTC |
| 34) | 05/13/2015 | 17:37:54 | UTC |
| 35) | 05/13/2015 | 22:12:43 | UTC |
| 36) | 05/14/2015 | 12:16:03 | UTC |
| 37) | 05/14/2015 | 17:01:13 | UTC |
| 38) | 05/14/2015 | 22:09:27 | UTC |
| 39) | 05/15/2015 | 12:53:19 | UTC |
| 40) | 05/16/2015 | 17:39:15 | UTC |
| 41) | 05/16/2015 | 18:45:35 | UTC |
| 42) | 05/16/2015 | 19:48:18 | UTC |
| 43) | 05/17/2015 | 13:53:40 | UTC |
| 44) | 05/17/2015 | 16:28:30 | UTC |
| 45) | 06/23/2015 | 12:18:08 | UTC |
| 46) | 06/23/2015 | 18:57:05 | UTC |
| 47) | 06/23/2015 | 20:26:23 | UTC |
| 48) | 06/23/2015 | 21:45:58 | UTC |
| 49) | 06/24/2015 | 12:09:08 | UTC |
| 50) | 06/24/2015 | 19:50:28 | UTC |
| 51) | 06/24/2015 | 21:37:15 | UTC |
| 52) | 06/24/2015 | 22:44:12 | UTC |
| 53) | 06/25/2015 | 12:16:11 | UTC |
| 54) | 06/25/2015 | 19:56:05 | UTC |
| 55) | 06/25/2015 | 21:31:38 | UTC |
| 56) | 06/25/2015 | 22:41:19 | UTC |
| 57) | 06/26/2015 | 12:27:06 | UTC |
| 58) | 06/26/2015 | 20:38:54 | UTC |
| 59) | 06/26/2015 | 23:18:35 | UTC |
| 60) | 06/27/2015 | 00:27:11 | UTC |

| | | | |
|---|---|---|---|
| 61) | 06/27/2015 | 12:37:32 | UTC |
| 62) | 06/27/2015 | 16:20:28 | UTC |
| 63) | 06/27/2015 | 17:33:10 | UTC |
| 64) | 06/27/2015 | 18:37:59 | UTC |
| 65) | 06/29/2015 | 12:19:39 | UTC |
| 66) | 06/29/2015 | 15:32:44 | UTC |
| 67) | 06/29/2015 | 19:49:25 | UTC |
| 68) | 06/29/2015 | 22:46:07 | UTC |
| 69) | 06/30/2015 | 12:06:16 | UTC |
| 70) | 06/30/2015 | 16:29:30 | UTC |
| 71) | 06/30/2015 | 17:38:14 | UTC |
| 72) | 06/30/2015 | 21:25:21 | UTC |
| 73) | 07/01/2015 | 12:44:25 | UTC |
| 74) | 07/01/2015 | 15:27:08 | UTC |
| 75) | 07/01/2015 | 20:18:15 | UTC |
| 76) | 07/01/2015 | 21:53:17 | UTC |
| 77) | 07/02/2015 | 12:14:17 | UTC |
| 78) | 07/02/2015 | 16:04:02 | UTC |
| 79) | 07/02/2015 | 17:14:18 | UTC |
| 80) | 07/02/2015 | 21:07:52 | UTC |
| 81) | 07/03/2015 | 12:08:07 | UTC |
| 82) | 07/03/2015 | 16:46:15 | UTC |
| 83) | 07/03/2015 | 17:55:20 | UTC |
| 84) | 07/03/2015 | 20:56:45 | UTC |
| 85) | 07/04/2015 | 12:19:10 | UTC |
| 86) | 07/04/2015 | 15:30:31 | UTC |
| 87) | 07/04/2015 | 16:37:26 | UTC |
| 88) | 07/04/2015 | 17:54:10 | UTC |
| 89) | 07/05/2015 | 13:12:25 | UTC |
| 90) | 07/05/2015 | 15:15:30 | UTC |
| 91) | 07/05/2015 | 16:22:26 | UTC |
| 92) | 07/05/2015 | 17:30:23 | UTC |
| 93) | 07/06/2015 | 12:35:44 | UTC |
| 94) | 07/06/2015 | 20:40:08 | UTC |
| 95) | 07/06/2015 | 21:50:36 | UTC |
| 96) | 07/06/2015 | 23:05:02 | UTC |
| 97) | 07/07/2015 | 12:06:05 | UTC |
| 98) | 07/07/2015 | 15:41:10 | UTC |
| 99) | 07/07/2015 | 20:48:09 | UTC |
| 100) | 07/07/2015 | 22:09:39 | UTC |
| 101) | 07/08/2015 | 12:20:58 | UTC |
| 102) | 07/08/2015 | 21:01:57 | UTC |
| 103) | 07/08/2015 | 22:13:31 | UTC |
| 104) | 07/08/2015 | 23:25:29 | UTC |
| 105) | 07/09/2015 | 12:16:00 | UTC |
| 106) | 07/09/2015 | 19:24:34 | UTC |
| 107) | 07/09/2015 | 20:31:32 | UTC |

| | | | |
|---|---|---|---|
| 108) | 07/09/2015 | 21:59:54 | UTC |
| 109) | 07/10/2015 | 12:23:02 | UTC |
| 110) | 07/10/2015 | 17:48:04 | UTC |
| 111) | 07/10/2015 | 19:38:12 | UTC |
| 112) | 07/10/2015 | 22:00:07 | UTC |
| 113) | 07/11/2015 | 12:06:22 | UTC |
| 114) | 07/11/2015 | 15:31:26 | UTC |
| 115) | 07/11/2015 | 17:39:41 | UTC |
| 116) | 07/11/2015 | 18:50:22 | UTC |
| 117) | 07/13/2015 | 12:20:41 | UTC |
| 118) | 07/13/2015 | 19:59:00 | UTC |
| 119) | 07/13/2015 | 21:03:49 | UTC |
| 120) | 07/13/2015 | 22:39:41 | UTC |
| 121) | 07/14/2015 | 12:04:22 | UTC |
| 122) | 07/14/2015 | 17:31:56 | UTC |
| 123) | 07/14/2015 | 21:06:30 | UTC |
| 124) | 07/14/2015 | 22:30:35 | UTC |
| 125) | 07/15/2015 | 12:12:39 | UTC |
| 126) | 07/15/2015 | 20:12:54 | UTC |
| 127) | 07/15/2015 | 21:26:56 | UTC |
| 128) | 07/15/2015 | 22:37:24 | UTC |
| 129) | 07/16/2015 | 12:09:09 | UTC |
| 130) | 07/16/2015 | 18:15:08 | UTC |
| 131) | 07/16/2015 | 19:59:18 | UTC |
| 132) | 07/16/2015 | 21:53:18 | UTC |
| 133) | 07/17/2015 | 12:31:33 | UTC |
| 134) | 07/17/2015 | 18:02:04 | UTC |
| 135) | 07/17/2015 | 20:21:31 | UTC |
| 136) | 07/17/2015 | 21:53:04 | UTC |
| 137) | 07/18/2015 | 12:11:17 | UTC |
| 138) | 07/18/2015 | 17:03:29 | UTC |
| 139) | 07/18/2015 | 17:19:40 | UTC |
| 140) | 07/18/2015 | 18:36:11 | UTC |
| 141) | 07/18/2015 | 19:40:28 | UTC |
| 142) | 07/19/2015 | 13:22:45 | UTC |
| 143) | 07/19/2015 | 16:11:57 | UTC |
| 144) | 07/19/2015 | 17:45:31 | UTC |
| 145) | 07/19/2015 | 19:20:30 | UTC |
| 146) | 07/20/2015 | 12:21:57 | UTC |
| 147) | 07/20/2015 | 16:15:32 | UTC |
| 148) | 07/20/2015 | 17:41:37 | UTC |
| 149) | 07/20/2015 | 21:15:35 | UTC |
| 150) | 07/21/2015 | 12:38:08 | UTC |
| 151) | 07/21/2015 | 20:18:04 | UTC |
| 152) | 07/21/2015 | 21:31:22 | UTC |
| 153) | 07/21/2015 | 22:51:36 | UTC |
| 154) | 07/22/2015 | 12:26:10 | UTC |

| | | | |
|---|---|---|---|
| 155) | 07/22/2015 | 21:05:02 | UTC |
| 156) | 07/22/2015 | 22:12:39 | UTC |
| 157) | 07/22/2015 | 23:22:59 | UTC |
| 158) | 07/23/2015 | 12:01:53 | UTC |
| 159) | 07/23/2015 | 15:13:57 | UTC |
| 160) | 07/23/2015 | 17:01:36 | UTC |
| 161) | 07/23/2015 | 21:16:59 | UTC |
| 162) | 07/24/2015 | 12:06:09 | UTC |
| 163) | 07/24/2015 | 17:45:49 | UTC |
| 164) | 07/24/2015 | 19:24:19 | UTC |
| 165) | 07/24/2015 | 21:15:01 | UTC |
| 166) | 07/25/2015 | 12:11:48 | UTC |
| 167) | 07/25/2015 | 16:11:28 | UTC |
| 168) | 07/25/2015 | 17:27:00 | UTC |
| 169) | 07/25/2015 | 18:46:53 | UTC |
| 170) | 07/25/2015 | 19:55:40 | UTC |
| 171) | 07/26/2015 | 13:40:24 | UTC |
| 172) | 07/26/2015 | 16:26:53 | UTC |
| 173) | 07/26/2015 | 17:54:28 | UTC |
| 174) | 07/26/2015 | 19:08:46 | UTC |
| 175) | 07/27/2015 | 12:26:40 | UTC |
| 176) | 07/27/2015 | 16:06:19 | UTC |
| 177) | 07/27/2015 | 19:56:44 | UTC |
| 178) | 07/27/2015 | 22:56:09 | UTC |
| 179) | 07/28/2015 | 12:04:32 | UTC |
| 180) | 07/28/2015 | 16:32:35 | UTC |
| 181) | 07/28/2015 | 16:32:36 | UTC |
| 182) | 07/28/2015 | 17:45:01 | UTC |
| 183) | 07/28/2015 | 21:36:25 | UTC |
| 184) | 07/29/2015 | 13:24:34 | UTC |
| 185) | 07/29/2015 | 21:06:22 | UTC |
| 186) | 07/29/2015 | 23:07:22 | UTC |
| 187) | 07/30/2015 | 00:28:44 | UTC |
| 188) | 07/30/2015 | 12:01:39 | UTC |
| 189) | 07/30/2015 | 16:24:49 | UTC |
| 190) | 07/30/2015 | 20:34:12 | UTC |
| 191) | 07/30/2015 | 20:34:13 | UTC |
| 192) | 07/30/2015 | 22:20:55 | UTC |
| 193) | 07/31/2015 | 12:11:23 | UTC |
| 194) | 07/31/2015 | 19:21:53 | UTC |
| 195) | 07/31/2015 | 19:21:54 | UTC |
| 196) | 07/31/2015 | 21:25:20 | UTC |
| 197) | 07/31/2015 | 22:38:47 | UTC |
| 198) | 08/01/2015 | 12:32:20 | UTC |
| 199) | 08/01/2015 | 16:08:47 | UTC |
| 200) | 08/01/2015 | 17:54:38 | UTC |
| 201) | 08/01/2015 | 19:15:51 | UTC |

| | | | |
|---|---|---|---|
| 202) | 08/02/2015 | 13:30:24 | UTC |
| 203) | 08/02/2015 | 15:55:06 | UTC |
| 204) | 08/02/2015 | 17:16:24 | UTC |
| 205) | 08/02/2015 | 18:33:53 | UTC |
| 206) | 08/03/2015 | 12:21:38 | UTC |
| 207) | 08/03/2015 | 18:18:44 | UTC |
| 208) | 08/03/2015 | 20:19:50 | UTC |
| 209) | 08/03/2015 | 21:22:08 | UTC |
| 210) | 08/04/2015 | 12:09:13 | UTC |
| 211) | 08/04/2015 | 19:11:56 | UTC |
| 212) | 08/04/2015 | 20:23:21 | UTC |
| 213) | 08/04/2015 | 21:26:52 | UTC |
| 214) | 08/04/2015 | 22:38:51 | UTC |
| 215) | 08/05/2015 | 12:17:16 | UTC |
| 216) | 08/05/2015 | 22:17:00 | UTC |
| 217) | 08/05/2015 | 23:24:54 | UTC |
| 218) | 08/06/2015 | 00:40:56 | UTC |
| 219) | 08/06/2015 | 12:06:38 | UTC |
| 220) | 08/06/2015 | 15:30:33 | UTC |
| 221) | 08/06/2015 | 20:32:09 | UTC |
| 222) | 08/06/2015 | 23:20:22 | UTC |
| 223) | 08/07/2015 | 12:03:37 | UTC |
| 224) | 08/07/2015 | 15:59:01 | UTC |
| 225) | 08/07/2015 | 17:09:33 | UTC |
| 226) | 08/07/2015 | 17:09:34 | UTC |
| 227) | 08/07/2015 | 21:31:04 | UTC |
| 228) | 08/08/2015 | 12:17:53 | UTC |
| 229) | 08/08/2015 | 16:16:43 | UTC |
| 230) | 08/08/2015 | 16:16:44 | UTC |
| 231) | 08/08/2015 | 18:15:16 | UTC |
| 232) | 08/08/2015 | 19:31:31 | UTC |
| 233) | 08/09/2015 | 13:51:09 | UTC |
| 234) | 08/09/2015 | 16:49:20 | UTC |
| 235) | 08/09/2015 | 17:53:29 | UTC |
| 236) | 08/09/2015 | 19:22:54 | UTC |
| 237) | 08/10/2015 | 12:04:46 | UTC |
| 238) | 08/10/2015 | 17:30:50 | UTC |
| 239) | 08/10/2015 | 19:45:04 | UTC |
| 240) | 08/10/2015 | 21:21:37 | UTC |
| 241) | 08/11/2015 | 12:04:21 | UTC |
| 242) | 08/11/2015 | 17:53:00 | UTC |
| 243) | 08/11/2015 | 19:42:58 | UTC |
| 244) | 08/11/2015 | 21:10:05 | UTC |
| 245) | 08/12/2015 | 12:37:54 | UTC |
| 246) | 08/12/2015 | 13:46:58 | UTC |
| 247) | 08/12/2015 | 20:39:43 | UTC |
| 248) | 08/12/2015 | 22:58:31 | UTC |

| | | | |
|---|---|---|---|
| 249) | 08/12/2015 | 22:58:31 | UTC |
| 250) | 08/13/2015 | 12:08:32 | UTC |
| 251) | 08/13/2015 | 20:38:24 | UTC |
| 252) | 08/13/2015 | 21:50:03 | UTC |
| 253) | 08/13/2015 | 23:45:25 | UTC |
| 254) | 08/14/2015 | 12:23:13 | UTC |
| 255) | 08/14/2015 | 19:39:19 | UTC |
| 256) | 08/14/2015 | 20:42:07 | UTC |
| 257) | 08/14/2015 | 22:49:49 | UTC |
| 258) | 08/15/2015 | 12:35:41 | UTC |
| 259) | 08/15/2015 | 15:57:08 | UTC |
| 260) | 08/15/2015 | 17:03:50 | UTC |
| 261) | 08/15/2015 | 18:22:21 | UTC |
| 262) | 08/16/2015 | 13:31:42 | UTC |
| 263) | 08/16/2015 | 15:36:46 | UTC |
| 264) | 08/16/2015 | 16:41:41 | UTC |
| 265) | 08/16/2015 | 17:44:52 | UTC |
| 266) | 08/17/2015 | 12:20:02 | UTC |
| 267) | 08/17/2015 | 16:27:57 | UTC |
| 268) | 08/17/2015 | 16:27:58 | UTC |
| 269) | 08/17/2015 | 17:31:47 | UTC |
| 270) | 08/17/2015 | 21:48:27 | UTC |
| 271) | 08/18/2015 | 12:13:49 | UTC |
| 272) | 08/18/2015 | 19:05:39 | UTC |
| 273) | 08/18/2015 | 20:15:38 | UTC |
| 274) | 08/18/2015 | 22:31:33 | UTC |
| 275) | 08/19/2015 | 12:16:23 | UTC |
| 276) | 08/19/2015 | 15:49:21 | UTC |
| 277) | 08/19/2015 | 21:05:03 | UTC |
| 278) | 08/19/2015 | 21:05:04 | UTC |
| 279) | 08/19/2015 | 22:20:54 | UTC |
| 280) | 08/20/2015 | 12:23:01 | UTC |
| 281) | 08/20/2015 | 19:48:33 | UTC |
| 282) | 08/20/2015 | 21:00:20 | UTC |
| 283) | 08/20/2015 | 22:06:51 | UTC |
| 284) | 08/21/2015 | 12:51:17 | UTC |
| 285) | 08/21/2015 | 14:07:26 | UTC |
| 286) | 08/21/2015 | 16:57:41 | UTC |
| 287) | 08/21/2015 | 22:05:49 | UTC |
| 288) | 08/21/2015 | 23:11:30 | UTC |
| 289) | 08/22/2015 | 12:12:12 | UTC |
| 290) | 08/22/2015 | 13:40:59 | UTC |
| 291) | 08/22/2015 | 15:00:19 | UTC |
| 292) | 08/22/2015 | 16:29:24 | UTC |
| 293) | 08/22/2015 | 17:32:59 | UTC |
| 294) | 08/23/2015 | 13:39:31 | UTC |
| 295) | 08/23/2015 | 15:06:18 | UTC |

| | | | |
|---|---|---|---|
| 296) | 08/23/2015 | 16:18:32 | UTC |
| 297) | 08/23/2015 | 17:36:37 | UTC |
| 298) | 08/23/2015 | 18:54:20 | UTC |
| 299) | 08/24/2015 | 12:58:24 | UTC |
| 300) | 08/24/2015 | 14:14:55 | UTC |
| 301) | 08/24/2015 | 18:23:04 | UTC |
| 302) | 08/24/2015 | 21:33:09 | UTC |
| 303) | 08/24/2015 | 22:42:55 | UTC |
| 304) | 08/25/2015 | 12:06:25 | UTC |
| 305) | 08/25/2015 | 13:10:04 | UTC |
| 306) | 08/25/2015 | 16:07:12 | UTC |
| 307) | 08/25/2015 | 20:22:00 | UTC |
| 308) | 08/25/2015 | 21:36:16 | UTC |
| 309) | 08/26/2015 | 12:36:30 | UTC |
| 310) | 08/26/2015 | 13:40:04 | UTC |
| 311) | 08/26/2015 | 16:44:45 | UTC |
| 312) | 08/26/2015 | 21:25:03 | UTC |
| 313) | 08/26/2015 | 22:39:10 | UTC |
| 314) | 08/27/2015 | 12:36:07 | UTC |
| 315) | 08/27/2015 | 13:54:26 | UTC |
| 316) | 08/27/2015 | 18:54:33 | UTC |
| 317) | 08/27/2015 | 21:43:34 | UTC |
| 318) | 08/27/2015 | 23:04:14 | UTC |
| 319) | 08/28/2015 | 12:20:40 | UTC |
| 320) | 08/28/2015 | 13:49:48 | UTC |
| 321) | 08/28/2015 | 18:48:38 | UTC |
| 322) | 08/28/2015 | 21:51:01 | UTC |
| 323) | 08/28/2015 | 23:55:30 | UTC |
| 324) | 08/29/2015 | 12:26:34 | UTC |
| 325) | 08/29/2015 | 13:47:14 | UTC |
| 326) | 08/29/2015 | 15:10:25 | UTC |
| 327) | 08/29/2015 | 16:36:39 | UTC |
| 328) | 08/29/2015 | 17:55:42 | UTC |
| 329) | 08/30/2015 | 13:44:45 | UTC |
| 330) | 08/30/2015 | 14:56:33 | UTC |
| 331) | 08/30/2015 | 16:14:06 | UTC |
| 332) | 08/30/2015 | 17:36:11 | UTC |
| 333) | 08/31/2015 | 12:37:03 | UTC |
| 334) | 08/31/2015 | 13:40:48 | UTC |
| 335) | 08/31/2015 | 16:23:58 | UTC |
| 336) | 08/31/2015 | 21:21:37 | UTC |
| 337) | 11/25/2015 | 21:07:16 | UTC |
| 338) | 11/25/2015 | 21:07:16 | UTC |
| 339) | 11/27/2015 | 19:46:03 | UTC |
| 340) | 11/27/2015 | 19:46:03 | UTC |
| 341) | 11/30/2015 | 14:42:00 | UTC |
| 342) | 11/30/2015 | 14:42:01 | UTC |

| 343) | 12/03/2015 | 15:25:25 | UTC |
|------|------------|----------|-----|
| 344) | 12/03/2015 | 15:25:25 | UTC |
| 345) | 12/09/2015 | 23:15:46 | UTC |
| 346) | 12/09/2015 | 23:15:47 | UTC |
| 347) | 12/14/2015 | 19:11:57 | UTC |
| 348) | 12/14/2015 | 19:11:58 | UTC |
| 349) | 12/15/2015 | 13:17:55 | UTC |
| 350) | 12/15/2015 | 13:17:56 | UTC |
| 351) | 12/21/2015 | 15:39:30 | UTC |
| 352) | 12/21/2015 | 18:38:07 | UTC |
| 353) | 12/21/2015 | 21:06:55 | UTC |
| 354) | 12/21/2015 | 22:49:53 | UTC |
| 355) | 12/22/2015 | 16:11:32 | UTC |
| 356) | 12/22/2015 | 18:15:58 | UTC |
| 357) | 12/22/2015 | 20:47:00 | UTC |
| 358) | 12/22/2015 | 22:56:01 | UTC |
| 359) | 12/23/2015 | 16:08:23 | UTC |
| 360) | 12/23/2015 | 18:59:59 | UTC |
| 361) | 12/23/2015 | 21:11:45 | UTC |
| 362) | 12/23/2015 | 21:11:46 | UTC |
| 363) | 12/23/2015 | 22:40:06 | UTC |
| 364) | 12/24/2015 | 15:39:03 | UTC |
| 365) | 12/24/2015 | 17:38:18 | UTC |
| 366) | 12/24/2015 | 18:51:25 | UTC |
| 367) | 12/24/2015 | 20:40:56 | UTC |
| 368) | 12/26/2015 | 14:06:33 | UTC |
| 369) | 12/26/2015 | 15:13:23 | UTC |
| 370) | 12/26/2015 | 16:21:35 | UTC |
| 371) | 12/27/2015 | 14:58:34 | UTC |
| 372) | 12/27/2015 | 16:12:09 | UTC |
| 373) | 12/27/2015 | 17:25:05 | UTC |
| 374) | 12/27/2015 | 18:39:18 | UTC |
| 375) | 12/28/2015 | 15:41:10 | UTC |
| 376) | 12/28/2015 | 17:56:32 | UTC |
| 377) | 12/28/2015 | 21:06:28 | UTC |
| 378) | 12/28/2015 | 23:05:46 | UTC |
| 379) | 12/29/2015 | 15:47:22 | UTC |
| 380) | 12/29/2015 | 17:57:28 | UTC |
| 381) | 12/29/2015 | 20:22:00 | UTC |
| 382) | 12/29/2015 | 22:51:53 | UTC |
| 383) | 12/30/2015 | 15:48:17 | UTC |
| 384) | 12/30/2015 | 17:10:12 | UTC |
| 385) | 12/30/2015 | 20:17:11 | UTC |
| 386) | 12/30/2015 | 23:02:05 | UTC |
| 387) | 12/31/2015 | 16:01:59 | UTC |
| 388) | 12/31/2015 | 17:50:16 | UTC |
| 389) | 12/31/2015 | 20:52:06 | UTC |

| | | | |
|---|---|---|---|
| 390) | 12/31/2015 | 22:56:30 | UTC |
| 391) | 01/01/2016 | 14:32:32 | UTC |
| 392) | 01/01/2016 | 15:38:58 | UTC |
| 393) | 01/01/2016 | 16:51:55 | UTC |
| 394) | 01/02/2016 | 13:41:17 | UTC |
| 395) | 01/02/2016 | 15:01:35 | UTC |
| 396) | 01/02/2016 | 16:46:08 | UTC |
| 397) | 01/02/2016 | 17:54:46 | UTC |
| 398) | 01/04/2016 | 16:03:52 | UTC |
| 399) | 01/04/2016 | 17:42:02 | UTC |
| 400) | 01/04/2016 | 21:03:58 | UTC |
| 401) | 01/04/2016 | 22:46:16 | UTC |
| 402) | 01/05/2016 | 00:21:04 | UTC |
| 403) | 01/05/2016 | 01:41:50 | UTC |
| 404) | 01/05/2016 | 16:11:18 | UTC |
| 405) | 01/05/2016 | 18:52:56 | UTC |
| 406) | 01/05/2016 | 21:08:16 | UTC |
| 407) | 01/05/2016 | 22:59:43 | UTC |
| 408) | 01/06/2016 | 01:05:48 | UTC |
| 409) | 01/06/2016 | 15:38:32 | UTC |
| 410) | 01/06/2016 | 17:56:35 | UTC |
| 411) | 01/06/2016 | 20:49:41 | UTC |
| 412) | 01/06/2016 | 22:48:44 | UTC |
| 413) | 01/07/2016 | 00:24:25 | UTC |
| 414) | 01/07/2016 | 01:35:14 | UTC |
| 415) | 01/07/2016 | 15:09:56 | UTC |
| 416) | 01/07/2016 | 17:44:11 | UTC |
| 417) | 01/07/2016 | 20:51:43 | UTC |
| 418) | 01/07/2016 | 22:52:41 | UTC |
| 419) | 01/08/2016 | 00:35:08 | UTC |
| 420) | 01/08/2016 | 00:35:08 | UTC |
| 421) | 01/08/2016 | 15:30:13 | UTC |
| 422) | 01/08/2016 | 18:24:46 | UTC |
| 423) | 01/08/2016 | 20:52:09 | UTC |
| 424) | 01/08/2016 | 22:52:19 | UTC |
| 425) | 01/09/2016 | 00:30:19 | UTC |
| 426) | 01/09/2016 | 13:53:15 | UTC |
| 427) | 01/09/2016 | 15:36:17 | UTC |
| 428) | 01/09/2016 | 15:36:17 | UTC |
| 429) | 01/09/2016 | 16:42:32 | UTC |
| 430) | 01/09/2016 | 17:45:23 | UTC |
| 431) | 01/09/2016 | 18:54:31 | UTC |
| 432) | 01/10/2016 | 14:55:37 | UTC |
| 433) | 01/10/2016 | 16:14:42 | UTC |
| 434) | 01/10/2016 | 17:34:39 | UTC |
| 435) | 01/10/2016 | 18:51:04 | UTC |
| 436) | 01/11/2016 | 16:10:35 | UTC |

| | | | |
|---|---|---|---|
| 437) | 01/11/2016 | 17:51:31 | UTC |
| 438) | 01/11/2016 | 20:48:16 | UTC |
| 439) | 01/11/2016 | 22:55:55 | UTC |
| 440) | 01/12/2016 | 00:40:18 | UTC |
| 441) | 01/12/2016 | 15:48:07 | UTC |
| 442) | 01/12/2016 | 17:11:01 | UTC |
| 443) | 01/12/2016 | 20:10:32 | UTC |
| 444) | 01/12/2016 | 22:44:13 | UTC |
| 445) | 01/13/2016 | 00:38:24 | UTC |
| 446) | 01/13/2016 | 15:23:16 | UTC |
| 447) | 01/13/2016 | 17:15:41 | UTC |
| 448) | 01/13/2016 | 19:04:35 | UTC |
| 449) | 01/13/2016 | 20:15:48 | UTC |
| 450) | 01/13/2016 | 22:49:48 | UTC |
| 451) | 01/13/2016 | 22:49:48 | UTC |
| 452) | 01/14/2016 | 00:17:34 | UTC |
| 453) | 01/14/2016 | 15:18:16 | UTC |
| 454) | 01/14/2016 | 17:45:40 | UTC |
| 455) | 01/14/2016 | 21:26:51 | UTC |
| 456) | 01/14/2016 | 22:50:19 | UTC |
| 457) | 01/14/2016 | 23:59:55 | UTC |
| 458) | 01/15/2016 | 15:17:29 | UTC |
| 459) | 01/15/2016 | 17:23:06 | UTC |
| 460) | 01/15/2016 | 20:16:44 | UTC |
| 461) | 01/15/2016 | 22:09:58 | UTC |
| 462) | 01/16/2016 | 00:19:15 | UTC |
| 463) | 01/16/2016 | 13:53:42 | UTC |
| 464) | 01/16/2016 | 13:53:42 | UTC |
| 465) | 01/16/2016 | 15:02:01 | UTC |
| 466) | 01/16/2016 | 16:07:24 | UTC |
| 467) | 01/16/2016 | 17:57:14 | UTC |
| 468) | 01/18/2016 | 15:23:29 | UTC |
| 469) | 01/18/2016 | 17:22:03 | UTC |
| 470) | 01/18/2016 | 20:26:43 | UTC |
| 471) | 01/18/2016 | 22:31:36 | UTC |
| 472) | 01/19/2016 | 00:41:47 | UTC |
| 473) | 01/19/2016 | 15:28:06 | UTC |
| 474) | 01/19/2016 | 15:28:06 | UTC |
| 475) | 01/19/2016 | 18:22:54 | UTC |
| 476) | 01/19/2016 | 20:19:59 | UTC |
| 477) | 01/19/2016 | 22:46:05 | UTC |
| 478) | 01/20/2016 | 01:26:51 | UTC |
| 479) | 01/20/2016 | 15:52:44 | UTC |
| 480) | 01/20/2016 | 18:02:30 | UTC |
| 481) | 01/20/2016 | 21:05:19 | UTC |
| 482) | 01/20/2016 | 22:33:16 | UTC |
| 483) | 01/21/2016 | 00:14:54 | UTC |

| | | | |
|---|---|---|---|
| 484) | 01/21/2016 | 01:40:36 | UTC |
| 485) | 01/21/2016 | 15:50:23 | UTC |
| 486) | 01/21/2016 | 18:50:01 | UTC |
| 487) | 01/21/2016 | 21:04:33 | UTC |
| 488) | 01/21/2016 | 22:46:48 | UTC |
| 489) | 01/22/2016 | 01:25:40 | UTC |
| 490) | 01/22/2016 | 16:00:33 | UTC |
| 491) | 01/22/2016 | 17:08:06 | UTC |
| 492) | 01/22/2016 | 18:16:46 | UTC |
| 493) | 01/22/2016 | 20:51:08 | UTC |
| 494) | 01/22/2016 | 22:29:34 | UTC |
| 495) | 01/22/2016 | 23:32:59 | UTC |
| 496) | 01/23/2016 | 13:46:57 | UTC |
| 497) | 01/23/2016 | 15:51:29 | UTC |
| 498) | 01/23/2016 | 16:55:03 | UTC |
| 499) | 01/23/2016 | 18:16:28 | UTC |
| 500) | 01/25/2016 | 16:03:41 | UTC |
| 501) | 01/25/2016 | 17:45:53 | UTC |
| 502) | 01/25/2016 | 20:33:08 | UTC |
| 503) | 01/25/2016 | 22:42:28 | UTC |
| 504) | 01/26/2016 | 00:48:17 | UTC |
| 505) | 01/26/2016 | 15:12:33 | UTC |
| 506) | 01/26/2016 | 17:15:34 | UTC |
| 507) | 01/26/2016 | 20:27:11 | UTC |
| 508) | 01/26/2016 | 22:44:58 | UTC |
| 509) | 01/27/2016 | 01:29:57 | UTC |
| 510) | 01/27/2016 | 16:06:13 | UTC |
| 511) | 01/27/2016 | 17:43:22 | UTC |
| 512) | 01/27/2016 | 20:48:48 | UTC |
| 513) | 01/27/2016 | 21:44:35 | UTC |
| 514) | 01/27/2016 | 21:44:36 | UTC |
| 515) | 01/27/2016 | 22:54:16 | UTC |
| 516) | 01/28/2016 | 00:28:05 | UTC |
| 517) | 01/28/2016 | 01:43:55 | UTC |
| 518) | 01/28/2016 | 14:05:20 | UTC |
| 519) | 01/28/2016 | 16:03:49 | UTC |
| 520) | 01/28/2016 | 17:56:49 | UTC |
| 521) | 01/28/2016 | 20:24:57 | UTC |
| 522) | 01/28/2016 | 22:30:29 | UTC |
| 523) | 01/29/2016 | 00:32:18 | UTC |
| 524) | 01/29/2016 | 15:48:37 | UTC |
| 525) | 01/29/2016 | 17:23:17 | UTC |
| 526) | 01/29/2016 | 20:16:01 | UTC |
| 527) | 01/29/2016 | 22:35:01 | UTC |
| 528) | 01/29/2016 | 23:48:29 | UTC |
| 529) | 01/30/2016 | 01:11:47 | UTC |
| 530) | 01/30/2016 | 14:19:50 | UTC |