| | | | |
|---|---|---|---|
| 531) | 01/30/2016 | 16:36:49 | UTC |
| 532) | 01/30/2016 | 18:38:34 | UTC |
| 533) | 01/30/2016 | 19:44:30 | UTC |
| 534) | 01/31/2016 | 16:35:02 | UTC |
| 535) | 01/31/2016 | 18:13:09 | UTC |
| 536) | 01/31/2016 | 19:42:33 | UTC |
| 537) | 01/31/2016 | 23:04:51 | UTC |
| 538) | 02/01/2016 | 00:45:28 | UTC |
| 539) | 02/03/2016 | 14:34:20 | UTC |
| 540) | 02/03/2016 | 18:00:36 | UTC |
| 541) | 02/04/2016 | 00:27:43 | UTC |
| 542) | 02/04/2016 | 01:50:29 | UTC |
| 543) | 02/04/2016 | 13:25:33 | UTC |
| 544) | 02/04/2016 | 18:09:45 | UTC |
| 545) | 02/04/2016 | 20:34:19 | UTC |
| 546) | 02/05/2016 | 00:34:20 | UTC |
| 547) | 02/05/2016 | 00:34:20 | UTC |
| 548) | 02/05/2016 | 14:39:05 | UTC |
| 549) | 02/05/2016 | 16:37:41 | UTC |
| 550) | 02/05/2016 | 22:52:50 | UTC |
| 551) | 02/06/2016 | 01:25:08 | UTC |
| 552) | 02/06/2016 | 13:50:09 | UTC |
| 553) | 02/06/2016 | 15:55:08 | UTC |
| 554) | 02/06/2016 | 17:56:02 | UTC |
| 555) | 02/08/2016 | 13:30:45 | UTC |
| 556) | 02/08/2016 | 16:22:08 | UTC |
| 557) | 02/08/2016 | 21:05:12 | UTC |
| 558) | 02/09/2016 | 00:32:58 | UTC |
| 559) | 02/09/2016 | 13:47:30 | UTC |
| 560) | 02/09/2016 | 16:36:02 | UTC |
| 561) | 02/09/2016 | 20:55:15 | UTC |
| 562) | 02/10/2016 | 00:44:31 | UTC |
| 563) | 02/10/2016 | 14:38:08 | UTC |
| 564) | 02/10/2016 | 18:05:25 | UTC |
| 565) | 02/10/2016 | 23:16:36 | UTC |
| 566) | 02/11/2016 | 01:28:58 | UTC |
| 567) | 02/11/2016 | 14:43:42 | UTC |
| 568) | 02/11/2016 | 16:35:13 | UTC |
| 569) | 02/11/2016 | 20:34:29 | UTC |
| 570) | 02/12/2016 | 01:26:16 | UTC |
| 571) | 02/12/2016 | 14:36:43 | UTC |
| 572) | 02/12/2016 | 16:33:35 | UTC |
| 573) | 02/12/2016 | 21:36:08 | UTC |
| 574) | 02/13/2016 | 01:39:48 | UTC |
| 575) | 02/13/2016 | 13:17:04 | UTC |
| 576) | 02/13/2016 | 14:24:57 | UTC |
| 577) | 02/13/2016 | 15:31:00 | UTC |

| | | | |
|---|---|---|---|
| 578) | 02/13/2016 | 17:35:58 | UTC |
| 579) | 02/15/2016 | 13:35:58 | UTC |
| 580) | 02/16/2016 | 00:01:32 | UTC |
| 581) | 02/16/2016 | 13:07:25 | UTC |
| 582) | 02/16/2016 | 15:50:36 | UTC |
| 583) | 02/16/2016 | 20:17:24 | UTC |
| 584) | 02/16/2016 | 23:30:19 | UTC |
| 585) | 02/17/2016 | 13:32:44 | UTC |
| 586) | 02/17/2016 | 16:19:16 | UTC |
| 587) | 02/17/2016 | 21:05:12 | UTC |
| 588) | 02/17/2016 | 23:05:32 | UTC |
| 589) | 02/18/2016 | 13:43:09 | UTC |
| 590) | 02/18/2016 | 16:25:35 | UTC |
| 591) | 02/18/2016 | 20:23:16 | UTC |
| 592) | 02/19/2016 | 01:08:57 | UTC |
| 593) | 02/19/2016 | 13:23:08 | UTC |
| 594) | 02/19/2016 | 16:32:29 | UTC |
| 595) | 02/19/2016 | 20:38:28 | UTC |
| 596) | 02/19/2016 | 23:33:46 | UTC |
| 597) | 02/20/2016 | 13:56:17 | UTC |
| 598) | 02/20/2016 | 15:35:34 | UTC |
| 599) | 02/20/2016 | 16:59:12 | UTC |
| 600) | 02/20/2016 | 18:20:32 | UTC |
| 601) | 02/22/2016 | 13:07:32 | UTC |
| 602) | 02/22/2016 | 15:54:32 | UTC |
| 603) | 02/22/2016 | 20:26:17 | UTC |
| 604) | 02/22/2016 | 23:17:49 | UTC |
| 605) | 02/23/2016 | 13:35:06 | UTC |
| 606) | 02/23/2016 | 16:31:27 | UTC |
| 607) | 02/23/2016 | 20:39:35 | UTC |
| 608) | 02/24/2016 | 00:32:15 | UTC |
| 609) | 02/24/2016 | 13:04:49 | UTC |
| 610) | 02/24/2016 | 16:00:58 | UTC |
| 611) | 02/24/2016 | 20:42:37 | UTC |
| 612) | 02/25/2016 | 00:34:09 | UTC |
| 613) | 02/25/2016 | 13:09:24 | UTC |
| 614) | 02/25/2016 | 16:09:09 | UTC |
| 615) | 02/25/2016 | 20:27:44 | UTC |
| 616) | 02/26/2016 | 01:10:32 | UTC |
| 617) | 02/26/2016 | 14:42:27 | UTC |
| 618) | 02/26/2016 | 16:42:06 | UTC |
| 619) | 02/26/2016 | 23:04:10 | UTC |
| 620) | 02/27/2016 | 01:27:05 | UTC |
| 621) | 02/27/2016 | 01:27:05 | UTC |
| 622) | 02/27/2016 | 13:40:40 | UTC |
| 623) | 02/27/2016 | 14:49:52 | UTC |
| 624) | 02/27/2016 | 16:42:42 | UTC |

| | | | |
|---|---|---|---|
| 625) | 02/27/2016 | 17:59:33 | UTC |
| 626) | 02/28/2016 | 14:38:52 | UTC |
| 627) | 02/28/2016 | 15:49:59 | UTC |
| 628) | 02/28/2016 | 17:14:18 | UTC |
| 629) | 02/29/2016 | 13:13:07 | UTC |
| 630) | 02/29/2016 | 16:45:12 | UTC |
| 631) | 02/29/2016 | 23:32:41 | UTC |
| 632) | 03/01/2016 | 01:03:25 | UTC |
| 633) | 03/01/2016 | 13:19:12 | UTC |
| 634) | 03/01/2016 | 15:57:24 | UTC |
| 635) | 03/01/2016 | 20:24:20 | UTC |
| 636) | 03/02/2016 | 00:42:48 | UTC |
| 637) | 03/02/2016 | 13:04:38 | UTC |
| 638) | 03/02/2016 | 15:10:09 | UTC |
| 639) | 03/02/2016 | 20:10:32 | UTC |
| 640) | 03/02/2016 | 22:57:25 | UTC |
| 641) | 03/03/2016 | 13:12:03 | UTC |
| 642) | 03/03/2016 | 16:19:11 | UTC |
| 643) | 03/03/2016 | 22:49:02 | UTC |
| 644) | 03/04/2016 | 01:02:11 | UTC |
| 645) | 03/04/2016 | 14:24:41 | UTC |
| 646) | 03/04/2016 | 16:32:06 | UTC |
| 647) | 03/04/2016 | 23:04:37 | UTC |
| 648) | 03/05/2016 | 01:31:45 | UTC |
| 649) | 03/05/2016 | 13:50:17 | UTC |
| 650) | 03/05/2016 | 14:54:21 | UTC |
| 651) | 03/05/2016 | 16:42:55 | UTC |
| 652) | 03/05/2016 | 18:57:41 | UTC |
| 653) | 03/07/2016 | 14:16:58 | UTC |
| 654) | 03/07/2016 | 16:20:24 | UTC |
| 655) | 03/07/2016 | 23:16:08 | UTC |
| 656) | 03/08/2016 | 01:32:57 | UTC |
| 657) | 03/08/2016 | 14:33:59 | UTC |
| 658) | 03/08/2016 | 16:33:49 | UTC |
| 659) | 03/08/2016 | 23:36:23 | UTC |
| 660) | 03/09/2016 | 01:30:34 | UTC |
| 661) | 03/09/2016 | 14:41:15 | UTC |
| 662) | 03/09/2016 | 16:36:02 | UTC |
| 663) | 03/09/2016 | 23:57:26 | UTC |
| 664) | 03/10/2016 | 01:48:34 | UTC |
| 665) | 03/10/2016 | 14:41:07 | UTC |
| 666) | 03/10/2016 | 16:44:46 | UTC |
| 667) | 03/10/2016 | 23:48:30 | UTC |
| 668) | 03/11/2016 | 01:34:02 | UTC |
| 669) | 03/11/2016 | 14:10:32 | UTC |
| 670) | 03/11/2016 | 16:28:24 | UTC |
| 671) | 03/11/2016 | 23:05:06 | UTC |

| | | | |
|---|---|---|---|
| 672) | 03/12/2016 | 01:23:55 | UTC |
| 673) | 03/12/2016 | 13:49:52 | UTC |
| 674) | 03/12/2016 | 15:25:33 | UTC |
| 675) | 03/12/2016 | 17:14:19 | UTC |
| 676) | 03/12/2016 | 18:40:15 | UTC |
| 677) | 03/13/2016 | 13:25:40 | UTC |
| 678) | 03/13/2016 | 15:26:32 | UTC |
| 679) | 03/13/2016 | 16:40:38 | UTC |
| 680) | 03/14/2016 | 13:34:36 | UTC |
| 681) | 03/14/2016 | 15:30:03 | UTC |
| 682) | 03/14/2016 | 21:30:15 | UTC |
| 683) | 03/15/2016 | 00:32:03 | UTC |
| 684) | 03/15/2016 | 21:28:59 | UTC |
| 685) | 03/16/2016 | 00:13:58 | UTC |
| 686) | 03/16/2016 | 13:31:51 | UTC |
| 687) | 03/16/2016 | 15:40:21 | UTC |
| 688) | 03/16/2016 | 22:00:51 | UTC |
| 689) | 03/16/2016 | 22:00:54 | UTC |
| 690) | 03/17/2016 | 00:23:01 | UTC |
| 691) | 03/17/2016 | 13:29:45 | UTC |
| 692) | 03/17/2016 | 15:37:46 | UTC |
| 693) | 03/17/2016 | 21:45:36 | UTC |
| 694) | 03/18/2016 | 00:10:14 | UTC |
| 695) | 03/18/2016 | 13:43:42 | UTC |
| 696) | 03/18/2016 | 15:45:11 | UTC |
| 697) | 03/18/2016 | 20:46:45 | UTC |
| 698) | 03/19/2016 | 00:24:58 | UTC |
| 699) | 03/19/2016 | 12:40:07 | UTC |
| 700) | 03/19/2016 | 14:02:16 | UTC |
| 701) | 03/19/2016 | 15:50:36 | UTC |
| 702) | 03/19/2016 | 17:53:04 | UTC |
| 703) | 03/21/2016 | 13:21:17 | UTC |
| 704) | 03/21/2016 | 15:28:17 | UTC |
| 705) | 03/21/2016 | 19:56:35 | UTC |
| 706) | 03/21/2016 | 22:58:11 | UTC |
| 707) | 03/22/2016 | 13:22:37 | UTC |
| 708) | 03/22/2016 | 15:33:53 | UTC |
| 709) | 03/22/2016 | 19:44:06 | UTC |
| 710) | 03/23/2016 | 00:18:40 | UTC |
| 711) | 03/23/2016 | 12:48:54 | UTC |
| 712) | 03/23/2016 | 15:16:47 | UTC |
| 713) | 03/23/2016 | 20:16:19 | UTC |
| 714) | 03/23/2016 | 22:22:58 | UTC |
| 715) | 03/24/2016 | 13:23:14 | UTC |
| 716) | 03/24/2016 | 15:38:54 | UTC |
| 717) | 03/24/2016 | 18:41:32 | UTC |
| 718) | 03/24/2016 | 21:10:59 | UTC |

| | | | |
|---|---|---|---|
| 719) | 03/25/2016 | 13:23:20 | UTC |
| 720) | 03/25/2016 | 15:36:57 | UTC |
| 721) | 03/25/2016 | 19:29:52 | UTC |
| 722) | 03/26/2016 | 00:30:02 | UTC |
| 723) | 03/26/2016 | 12:44:06 | UTC |
| 724) | 03/26/2016 | 13:50:54 | UTC |
| 725) | 03/26/2016 | 16:14:25 | UTC |
| 726) | 03/26/2016 | 17:38:08 | UTC |
| 727) | 03/28/2016 | 13:44:17 | UTC |
| 728) | 03/28/2016 | 15:48:02 | UTC |
| 729) | 03/28/2016 | 22:39:04 | UTC |
| 730) | 03/29/2016 | 00:37:43 | UTC |
| 731) | 03/29/2016 | 13:29:42 | UTC |
| 732) | 03/29/2016 | 16:21:40 | UTC |
| 733) | 03/29/2016 | 21:38:51 | UTC |
| 734) | 03/30/2016 | 00:24:12 | UTC |
| 735) | 03/30/2016 | 12:04:42 | UTC |
| 736) | 03/30/2016 | 14:48:01 | UTC |
| 737) | 03/30/2016 | 20:20:15 | UTC |
| 738) | 03/31/2016 | 00:19:23 | UTC |
| 739) | 03/31/2016 | 13:38:23 | UTC |
| 740) | 03/31/2016 | 15:39:29 | UTC |
| 741) | 03/31/2016 | 20:35:24 | UTC |
| 742) | 04/01/2016 | 00:49:32 | UTC |
| 743) | 04/01/2016 | 12:37:43 | UTC |
| 744) | 04/01/2016 | 15:08:09 | UTC |
| 745) | 04/01/2016 | 20:14:00 | UTC |
| 746) | 04/02/2016 | 00:04:48 | UTC |
| 747) | 04/02/2016 | 12:46:11 | UTC |
| 748) | 04/02/2016 | 13:59:48 | UTC |
| 749) | 04/02/2016 | 15:42:07 | UTC |
| 750) | 04/02/2016 | 17:55:53 | UTC |
| 751) | 04/04/2016 | 13:07:06 | UTC |
| 752) | 04/04/2016 | 15:16:00 | UTC |
| 753) | 04/04/2016 | 19:49:52 | UTC |
| 754) | 04/05/2016 | 00:29:50 | UTC |
| 755) | 04/05/2016 | 12:43:22 | UTC |
| 756) | 04/05/2016 | 15:37:58 | UTC |
| 757) | 04/05/2016 | 19:51:58 | UTC |
| 758) | 04/06/2016 | 00:21:52 | UTC |
| 759) | 04/06/2016 | 12:37:12 | UTC |
| 760) | 04/06/2016 | 15:03:13 | UTC |
| 761) | 04/06/2016 | 20:12:08 | UTC |
| 762) | 04/07/2016 | 00:36:21 | UTC |
| 763) | 04/07/2016 | 13:51:50 | UTC |
| 764) | 04/07/2016 | 16:33:35 | UTC |
| 765) | 04/07/2016 | 22:43:47 | UTC |

| | | | |
|---|---|---|---|
| 766) | 04/08/2016 | 00:44:03 | UTC |
| 767) | 04/08/2016 | 13:59:48 | UTC |
| 768) | 04/08/2016 | 17:01:03 | UTC |
| 769) | 04/08/2016 | 23:23:16 | UTC |
| 770) | 04/09/2016 | 12:48:50 | UTC |
| 771) | 04/09/2016 | 13:58:51 | UTC |
| 772) | 04/09/2016 | 16:01:27 | UTC |
| 773) | 04/11/2016 | 13:36:31 | UTC |
| 774) | 04/11/2016 | 15:39:11 | UTC |
| 775) | 04/11/2016 | 20:35:19 | UTC |
| 776) | 04/12/2016 | 00:27:27 | UTC |
| 777) | 04/12/2016 | 00:27:27 | UTC |
| 778) | 04/12/2016 | 13:45:21 | UTC |
| 779) | 04/12/2016 | 15:40:59 | UTC |
| 780) | 04/12/2016 | 22:50:33 | UTC |
| 781) | 04/13/2016 | 00:20:46 | UTC |
| 782) | 04/13/2016 | 13:41:07 | UTC |
| 783) | 04/13/2016 | 15:37:04 | UTC |
| 784) | 04/13/2016 | 15:37:05 | UTC |
| 785) | 04/14/2016 | 00:03:21 | UTC |
| 786) | 04/14/2016 | 13:35:51 | UTC |
| 787) | 04/14/2016 | 15:40:06 | UTC |
| 788) | 04/14/2016 | 22:30:12 | UTC |
| 789) | 04/15/2016 | 00:33:03 | UTC |
| 790) | 04/15/2016 | 13:49:16 | UTC |
| 791) | 04/15/2016 | 15:44:18 | UTC |
| 792) | 04/15/2016 | 22:24:25 | UTC |
| 793) | 04/16/2016 | 00:25:18 | UTC |
| 794) | 04/16/2016 | 12:41:37 | UTC |
| 795) | 04/16/2016 | 13:53:25 | UTC |
| 796) | 04/16/2016 | 15:12:46 | UTC |
| 797) | 04/16/2016 | 16:47:45 | UTC |
| 798) | 04/18/2016 | 14:01:59 | UTC |
| 799) | 04/18/2016 | 15:42:31 | UTC |
| 800) | 04/18/2016 | 22:50:14 | UTC |
| 801) | 04/19/2016 | 00:38:35 | UTC |
| 802) | 04/19/2016 | 12:46:59 | UTC |
| 803) | 04/19/2016 | 15:20:29 | UTC |
| 804) | 04/19/2016 | 19:18:55 | UTC |
| 805) | 04/19/2016 | 23:58:32 | UTC |
| 806) | 04/20/2016 | 13:34:08 | UTC |
| 807) | 04/20/2016 | 15:36:49 | UTC |
| 808) | 04/20/2016 | 20:41:34 | UTC |
| 809) | 04/20/2016 | 23:44:24 | UTC |
| 810) | 04/21/2016 | 13:48:09 | UTC |
| 811) | 04/21/2016 | 15:39:28 | UTC |
| 812) | 04/21/2016 | 21:32:22 | UTC |

| | | | |
|---|---|---|---|
| 813) | 04/22/2016 | 00:27:00 | UTC |
| 814) | 04/22/2016 | 00:27:00 | UTC |
| 815) | 04/22/2016 | 13:42:22 | UTC |
| 816) | 04/22/2016 | 15:39:14 | UTC |
| 817) | 04/22/2016 | 22:34:47 | UTC |
| 818) | 04/22/2016 | 22:34:48 | UTC |
| 819) | 04/23/2016 | 00:33:01 | UTC |
| 820) | 04/23/2016 | 12:59:28 | UTC |
| 821) | 04/23/2016 | 12:59:29 | UTC |
| 822) | 04/23/2016 | 14:57:25 | UTC |
| 823) | 04/23/2016 | 17:02:25 | UTC |
| 824) | 04/24/2016 | 13:08:44 | UTC |
| 825) | 04/24/2016 | 14:20:25 | UTC |
| 826) | 04/24/2016 | 15:35:28 | UTC |
| 827) | 04/24/2016 | 16:46:45 | UTC |
| 828) | 04/25/2016 | 13:30:44 | UTC |
| 829) | 04/25/2016 | 15:41:58 | UTC |
| 830) | 04/25/2016 | 20:37:04 | UTC |
| 831) | 04/26/2016 | 00:24:21 | UTC |
| 832) | 04/26/2016 | 12:12:58 | UTC |
| 833) | 04/26/2016 | 14:24:46 | UTC |
| 834) | 04/26/2016 | 23:38:02 | UTC |
| 835) | 04/27/2016 | 13:12:13 | UTC |
| 836) | 04/27/2016 | 15:39:39 | UTC |
| 837) | 04/27/2016 | 20:20:43 | UTC |
| 838) | 04/27/2016 | 20:20:44 | UTC |
| 839) | 04/28/2016 | 00:24:04 | UTC |
| 840) | 04/28/2016 | 13:57:46 | UTC |
| 841) | 04/28/2016 | 16:02:22 | UTC |
| 842) | 04/28/2016 | 21:48:12 | UTC |
| 843) | 04/29/2016 | 00:27:37 | UTC |
| 844) | 04/29/2016 | 13:12:01 | UTC |
| 845) | 04/29/2016 | 15:47:32 | UTC |
| 846) | 04/29/2016 | 20:25:06 | UTC |
| 847) | 04/30/2016 | 00:40:19 | UTC |
| 848) | 04/30/2016 | 12:43:42 | UTC |
| 849) | 04/30/2016 | 13:56:54 | UTC |
| 850) | 04/30/2016 | 15:48:39 | UTC |
| 851) | 04/30/2016 | 17:45:32 | UTC |
| 852) | 05/02/2016 | 12:54:27 | UTC |
| 853) | 05/02/2016 | 15:15:24 | UTC |
| 854) | 05/02/2016 | 20:07:31 | UTC |
| 855) | 05/03/2016 | 00:37:17 | UTC |
| 856) | 05/03/2016 | 13:29:18 | UTC |
| 857) | 05/03/2016 | 15:42:48 | UTC |
| 858) | 05/03/2016 | 22:23:05 | UTC |
| 859) | 05/04/2016 | 00:29:18 | UTC |

| | | | |
|---|---|---|---|
| 860) | 05/04/2016 | 13:25:19 | UTC |
| 861) | 05/04/2016 | 15:32:12 | UTC |
| 862) | 05/04/2016 | 21:51:22 | UTC |
| 863) | 05/05/2016 | 00:36:07 | UTC |
| 864) | 05/05/2016 | 13:40:59 | UTC |
| 865) | 05/05/2016 | 15:45:50 | UTC |
| 866) | 05/05/2016 | 22:30:27 | UTC |
| 867) | 05/06/2016 | 00:02:13 | UTC |
| 868) | 05/06/2016 | 14:02:34 | UTC |
| 869) | 05/06/2016 | 16:32:15 | UTC |
| 870) | 05/06/2016 | 23:21:54 | UTC |
| 871) | 05/07/2016 | 00:48:04 | UTC |
| 872) | 05/07/2016 | 12:55:11 | UTC |
| 873) | 05/07/2016 | 14:05:06 | UTC |
| 874) | 05/07/2016 | 16:11:31 | UTC |
| 875) | 05/09/2016 | 13:34:04 | UTC |
| 876) | 05/09/2016 | 15:39:08 | UTC |
| 877) | 05/09/2016 | 22:11:49 | UTC |
| 878) | 05/10/2016 | 00:39:46 | UTC |
| 879) | 05/10/2016 | 13:44:57 | UTC |
| 880) | 05/10/2016 | 15:45:19 | UTC |
| 881) | 05/10/2016 | 21:22:48 | UTC |
| 882) | 05/11/2016 | 00:33:15 | UTC |
| 883) | 05/11/2016 | 12:28:14 | UTC |
| 884) | 05/11/2016 | 15:05:30 | UTC |
| 885) | 05/11/2016 | 20:40:19 | UTC |
| 886) | 05/12/2016 | 00:43:09 | UTC |
| 887) | 05/12/2016 | 13:32:21 | UTC |
| 888) | 05/12/2016 | 15:33:57 | UTC |
| 889) | 05/12/2016 | 22:23:44 | UTC |
| 890) | 05/13/2016 | 00:39:21 | UTC |
| 891) | 05/13/2016 | 13:06:44 | UTC |
| 892) | 05/13/2016 | 15:26:11 | UTC |
| 893) | 05/13/2016 | 23:25:35 | UTC |
| 894) | 05/14/2016 | 12:19:30 | UTC |
| 895) | 05/14/2016 | 13:43:14 | UTC |
| 896) | 05/14/2016 | 15:17:02 | UTC |
| 897) | 05/14/2016 | 16:23:40 | UTC |
| 898) | 05/16/2016 | 19:55:24 | UTC |
| 899) | 05/17/2016 | 00:15:42 | UTC |
| 900) | 05/17/2016 | 13:38:17 | UTC |
| 901) | 05/17/2016 | 15:43:20 | UTC |
| 902) | 05/17/2016 | 22:46:25 | UTC |
| 903) | 05/18/2016 | 00:40:40 | UTC |
| 904) | 05/18/2016 | 13:48:30 | UTC |
| 905) | 05/18/2016 | 15:41:05 | UTC |
| 906) | 05/18/2016 | 22:46:25 | UTC |

| | | | |
|---|---|---|---|
| 907) | 05/19/2016 | 00:35:59 | UTC |
| 908) | 05/19/2016 | 13:06:19 | UTC |
| 909) | 05/19/2016 | 15:21:11 | UTC |
| 910) | 05/20/2016 | 00:30:41 | UTC |
| 911) | 05/20/2016 | 13:50:03 | UTC |
| 912) | 05/20/2016 | 16:11:37 | UTC |
| 913) | 05/20/2016 | 23:27:41 | UTC |
| 914) | 05/21/2016 | 00:51:23 | UTC |
| 915) | 05/21/2016 | 12:57:31 | UTC |
| 916) | 05/21/2016 | 14:51:32 | UTC |
| 917) | 05/21/2016 | 16:53:11 | UTC |
| 918) | 05/23/2016 | 13:52:24 | UTC |
| 919) | 05/23/2016 | 15:35:04 | UTC |
| 920) | 05/23/2016 | 21:18:22 | UTC |
| 921) | 05/24/2016 | 00:19:09 | UTC |
| 922) | 05/24/2016 | 12:48:25 | UTC |
| 923) | 05/24/2016 | 15:16:41 | UTC |
| 924) | 05/24/2016 | 19:27:13 | UTC |
| 925) | 05/24/2016 | 23:32:03 | UTC |
| 926) | 05/25/2016 | 13:32:03 | UTC |
| 927) | 05/25/2016 | 15:34:02 | UTC |
| 928) | 05/25/2016 | 20:41:17 | UTC |
| 929) | 05/26/2016 | 00:29:32 | UTC |
| 930) | 05/26/2016 | 13:39:11 | UTC |
| 931) | 05/26/2016 | 15:40:24 | UTC |
| 932) | 05/26/2016 | 22:46:46 | UTC |
| 933) | 05/27/2016 | 00:28:45 | UTC |
| 934) | 05/27/2016 | 13:36:17 | UTC |
| 935) | 05/27/2016 | 15:43:50 | UTC |
| 936) | 05/27/2016 | 22:35:57 | UTC |
| 937) | 05/28/2016 | 00:14:07 | UTC |
| 938) | 05/28/2016 | 12:27:58 | UTC |
| 939) | 05/28/2016 | 13:44:40 | UTC |
| 940) | 05/28/2016 | 14:51:46 | UTC |
| 941) | 05/28/2016 | 16:00:39 | UTC |
| 942) | 05/29/2016 | 13:01:27 | UTC |
| 943) | 05/29/2016 | 14:12:00 | UTC |
| 944) | 05/29/2016 | 15:32:41 | UTC |
| 945) | 05/29/2016 | 16:39:02 | UTC |
| 946) | 05/30/2016 | 13:00:50 | UTC |
| 947) | 05/30/2016 | 15:00:24 | UTC |
| 948) | 05/30/2016 | 16:04:14 | UTC |
| 949) | 05/30/2016 | 17:57:26 | UTC |
| 950) | 05/31/2016 | 12:16:52 | UTC |
| 951) | 05/31/2016 | 14:54:27 | UTC |
| 952) | 05/31/2016 | 19:25:15 | UTC |
| 953) | 05/31/2016 | 21:27:28 | UTC |

| | | | |
|---|---|---|---|
| 954) | 06/01/2016 | 13:45:27 | UTC |
| 955) | 06/01/2016 | 16:13:22 | UTC |
| 956) | 06/01/2016 | 23:32:35 | UTC |
| 957) | 06/02/2016 | 13:17:40 | UTC |
| 958) | 06/02/2016 | 15:44:55 | UTC |
| 959) | 06/02/2016 | 19:50:09 | UTC |
| 960) | 06/03/2016 | 00:26:33 | UTC |
| 961) | 06/03/2016 | 13:07:05 | UTC |
| 962) | 06/03/2016 | 15:32:53 | UTC |
| 963) | 06/03/2016 | 19:58:21 | UTC |
| 964) | 06/03/2016 | 23:48:30 | UTC |
| 965) | 06/04/2016 | 13:11:07 | UTC |
| 966) | 06/04/2016 | 15:07:39 | UTC |
| 967) | 06/04/2016 | 16:26:56 | UTC |
| 968) | 06/04/2016 | 17:49:10 | UTC |
| 969) | 06/06/2016 | 13:38:08 | UTC |
| 970) | 06/06/2016 | 15:28:37 | UTC |
| 971) | 06/06/2016 | 22:05:28 | UTC |
| 972) | 06/07/2016 | 00:33:08 | UTC |
| 973) | 06/07/2016 | 13:32:16 | UTC |
| 974) | 06/07/2016 | 15:45:17 | UTC |
| 975) | 06/07/2016 | 22:37:46 | UTC |
| 976) | 06/08/2016 | 00:27:45 | UTC |
| 977) | 06/08/2016 | 13:36:39 | UTC |
| 978) | 06/08/2016 | 17:04:20 | UTC |
| 979) | 06/08/2016 | 23:53:48 | UTC |
| 980) | 06/09/2016 | 12:51:48 | UTC |
| 981) | 06/09/2016 | 15:35:48 | UTC |
| 982) | 06/09/2016 | 18:33:36 | UTC |
| 983) | 06/10/2016 | 00:40:27 | UTC |
| 984) | 06/10/2016 | 13:37:18 | UTC |
| 985) | 06/10/2016 | 15:33:47 | UTC |
| 986) | 06/10/2016 | 22:23:29 | UTC |
| 987) | 06/11/2016 | 00:36:15 | UTC |
| 988) | 06/11/2016 | 12:29:22 | UTC |
| 989) | 06/11/2016 | 14:23:00 | UTC |
| 990) | 06/11/2016 | 16:14:59 | UTC |
| 991) | 06/11/2016 | 17:38:51 | UTC |
| 992) | 06/13/2016 | 13:38:26 | UTC |
| 993) | 06/13/2016 | 16:41:28 | UTC |
| 994) | 06/13/2016 | 20:14:37 | UTC |
| 995) | 06/14/2016 | 00:02:01 | UTC |
| 996) | 06/14/2016 | 13:58:27 | UTC |
| 997) | 06/14/2016 | 16:42:40 | UTC |
| 998) | 06/14/2016 | 21:31:42 | UTC |
| 999) | 06/15/2016 | 00:24:54 | UTC |
| 1000) | 06/16/2016 | 22:46:29 | UTC |

| | | | |
|---|---|---|---|
| 1001) | 06/17/2016 | 00:45:32 | UTC |
| 1002) | 06/17/2016 | 13:22:35 | UTC |
| 1003) | 06/17/2016 | 17:23:29 | UTC |
| 1004) | 06/17/2016 | 22:46:10 | UTC |
| 1005) | 06/18/2016 | 12:19:25 | UTC |
| 1006) | 06/18/2016 | 13:36:45 | UTC |
| 1007) | 06/18/2016 | 14:43:39 | UTC |
| 1008) | 06/18/2016 | 16:42:06 | UTC |
| 1009) | 06/20/2016 | 13:50:11 | UTC |
| 1010) | 06/20/2016 | 16:25:02 | UTC |
| 1011) | 06/20/2016 | 23:29:59 | UTC |
| 1012) | 06/21/2016 | 00:46:32 | UTC |
| 1013) | 06/21/2016 | 13:24:00 | UTC |
| 1014) | 06/21/2016 | 14:54:20 | UTC |
| 1015) | 06/21/2016 | 20:36:03 | UTC |
| 1016) | 06/22/2016 | 00:40:10 | UTC |
| 1017) | 06/22/2016 | 13:38:54 | UTC |
| 1018) | 06/22/2016 | 15:35:15 | UTC |
| 1019) | 06/22/2016 | 23:17:51 | UTC |
| 1020) | 06/23/2016 | 00:36:30 | UTC |
| 1021) | 06/23/2016 | 13:11:29 | UTC |
| 1022) | 06/23/2016 | 15:18:22 | UTC |
| 1023) | 06/23/2016 | 22:26:12 | UTC |
| 1024) | 06/24/2016 | 00:24:20 | UTC |
| 1025) | 06/24/2016 | 13:11:44 | UTC |
| 1026) | 06/24/2016 | 15:13:23 | UTC |
| 1027) | 06/24/2016 | 20:53:12 | UTC |
| 1028) | 06/25/2016 | 00:32:56 | UTC |
| 1029) | 06/25/2016 | 12:36:09 | UTC |
| 1030) | 06/25/2016 | 13:55:58 | UTC |
| 1031) | 06/25/2016 | 15:28:24 | UTC |
| 1032) | 06/25/2016 | 16:48:27 | UTC |
| 1033) | 06/26/2016 | 13:08:12 | UTC |
| 1034) | 06/26/2016 | 14:19:20 | UTC |
| 1035) | 06/26/2016 | 15:26:15 | UTC |
| 1036) | 06/26/2016 | 16:34:56 | UTC |
| 1037) | 06/27/2016 | 12:12:47 | UTC |
| 1038) | 06/27/2016 | 15:12:13 | UTC |
| 1039) | 06/27/2016 | 20:43:45 | UTC |
| 1040) | 06/28/2016 | 00:35:20 | UTC |
| 1041) | 06/28/2016 | 13:42:31 | UTC |
| 1042) | 06/28/2016 | 15:32:28 | UTC |
| 1043) | 06/28/2016 | 21:16:58 | UTC |
| 1044) | 06/29/2016 | 00:35:40 | UTC |
| 1045) | 06/29/2016 | 13:03:09 | UTC |
| 1046) | 06/29/2016 | 14:55:09 | UTC |
| 1047) | 06/29/2016 | 22:08:47 | UTC |

| | | | |
|---|---|---|---|
| 1048) | 06/30/2016 | 00:47:52 | UTC |
| 1049) | 06/30/2016 | 12:07:54 | UTC |
| 1050) | 06/30/2016 | 15:07:48 | UTC |
| 1051) | 06/30/2016 | 19:05:26 | UTC |
| 1052) | 06/30/2016 | 22:02:43 | UTC |
| 1053) | 07/01/2016 | 12:12:34 | UTC |
| 1054) | 07/01/2016 | 14:54:00 | UTC |
| 1055) | 07/01/2016 | 19:53:06 | UTC |
| 1056) | 07/01/2016 | 23:08:39 | UTC |
| 1057) | 07/02/2016 | 12:45:06 | UTC |
| 1058) | 07/02/2016 | 14:40:52 | UTC |
| 1059) | 07/02/2016 | 16:18:48 | UTC |
| 1060) | 07/02/2016 | 17:53:37 | UTC |
| 1061) | 07/04/2016 | 12:43:04 | UTC |
| 1062) | 07/04/2016 | 13:59:01 | UTC |
| 1063) | 07/04/2016 | 15:11:55 | UTC |
| 1064) | 07/04/2016 | 16:17:08 | UTC |
| 1065) | 07/05/2016 | 13:35:50 | UTC |
| 1066) | 07/05/2016 | 15:33:07 | UTC |
| 1067) | 07/05/2016 | 19:09:48 | UTC |
| 1068) | 07/05/2016 | 21:33:19 | UTC |
| 1069) | 07/06/2016 | 13:45:55 | UTC |
| 1070) | 07/06/2016 | 15:49:54 | UTC |
| 1071) | 07/06/2016 | 20:23:57 | UTC |
| 1072) | 07/07/2016 | 00:22:10 | UTC |
| 1073) | 07/07/2016 | 13:44:43 | UTC |
| 1074) | 07/07/2016 | 16:45:11 | UTC |
| 1075) | 07/07/2016 | 22:24:11 | UTC |
| 1076) | 07/07/2016 | 23:55:13 | UTC |
| 1077) | 07/08/2016 | 12:08:54 | UTC |
| 1078) | 07/08/2016 | 14:59:06 | UTC |
| 1079) | 07/08/2016 | 22:17:56 | UTC |
| 1080) | 07/09/2016 | 00:21:16 | UTC |
| 1081) | 07/09/2016 | 12:57:44 | UTC |
| 1082) | 07/09/2016 | 14:54:20 | UTC |
| 1083) | 07/09/2016 | 16:01:07 | UTC |
| 1084) | 07/09/2016 | 17:46:46 | UTC |
| 1085) | 07/11/2016 | 13:39:35 | UTC |
| 1086) | 07/11/2016 | 15:45:06 | UTC |
| 1087) | 07/11/2016 | 20:36:20 | UTC |
| 1088) | 07/12/2016 | 00:33:54 | UTC |
| 1089) | 07/12/2016 | 18:09:03 | UTC |
| 1090) | 07/12/2016 | 20:27:13 | UTC |
| 1091) | 07/13/2016 | 00:33:23 | UTC |
| 1092) | 07/13/2016 | 18:53:10 | UTC |
| 1093) | 07/13/2016 | 22:40:48 | UTC |
| 1094) | 07/14/2016 | 00:22:20 | UTC |

| | | | |
|---|---|---|---|
| 1095) | 07/14/2016 | 16:54:49 | UTC |
| 1096) | 07/14/2016 | 22:44:46 | UTC |
| 1097) | 07/15/2016 | 00:32:27 | UTC |
| 1098) | 08/01/2016 | 19:38:29 | UTC |
| 1099) | 08/01/2016 | 23:32:03 | UTC |
| 1100) | 08/05/2016 | 13:37:19 | UTC |
| 1101) | 08/05/2016 | 15:50:13 | UTC |
| 1102) | 08/05/2016 | 23:21:19 | UTC |
| 1103) | 08/06/2016 | 00:38:19 | UTC |
| 1104) | 08/06/2016 | 13:05:36 | UTC |
| 1105) | 08/06/2016 | 14:20:11 | UTC |
| 1106) | 08/06/2016 | 15:52:29 | UTC |
| 1107) | 08/06/2016 | 17:10:08 | UTC |
| 1108) | 08/08/2016 | 13:37:55 | UTC |
| 1109) | 08/08/2016 | 15:44:38 | UTC |
| 1110) | 08/08/2016 | 20:28:18 | UTC |
| 1111) | 08/09/2016 | 00:18:52 | UTC |
| 1112) | 08/09/2016 | 13:42:24 | UTC |
| 1113) | 08/09/2016 | 15:32:40 | UTC |
| 1114) | 08/09/2016 | 23:05:17 | UTC |
| 1115) | 08/10/2016 | 00:20:33 | UTC |
| 1116) | 08/10/2016 | 13:30:11 | UTC |
| 1117) | 08/10/2016 | 15:34:51 | UTC |
| 1118) | 08/10/2016 | 22:15:29 | UTC |
| 1119) | 08/11/2016 | 00:27:26 | UTC |
| 1120) | 08/11/2016 | 13:53:05 | UTC |
| 1121) | 08/11/2016 | 17:13:37 | UTC |
| 1122) | 08/11/2016 | 20:39:23 | UTC |
| 1123) | 08/12/2016 | 00:49:45 | UTC |
| 1124) | 08/12/2016 | 13:25:26 | UTC |
| 1125) | 08/12/2016 | 15:24:07 | UTC |
| 1126) | 08/12/2016 | 21:53:52 | UTC |
| 1127) | 08/13/2016 | 00:20:21 | UTC |
| 1128) | 08/13/2016 | 12:06:56 | UTC |
| 1129) | 08/13/2016 | 14:06:16 | UTC |
| 1130) | 08/13/2016 | 15:16:02 | UTC |
| 1131) | 08/13/2016 | 17:05:31 | UTC |
| 1132) | 08/15/2016 | 13:13:44 | UTC |
| 1133) | 08/15/2016 | 15:19:44 | UTC |
| 1134) | 08/15/2016 | 20:37:32 | UTC |
| 1135) | 08/15/2016 | 21:52:00 | UTC |
| 1136) | 08/15/2016 | 21:52:01 | UTC |
| 1137) | 08/16/2016 | 12:01:14 | UTC |
| 1138) | 08/16/2016 | 14:58:13 | UTC |
| 1139) | 08/16/2016 | 21:35:36 | UTC |
| 1140) | 08/17/2016 | 00:21:34 | UTC |
| 1141) | 08/17/2016 | 13:16:24 | UTC |

| 1142) | 08/17/2016 | 15:27:03 | UTC |
| 1143) | 08/17/2016 | 20:32:34 | UTC |
| 1144) | 08/17/2016 | 22:56:07 | UTC |
| 1145) | 08/18/2016 | 13:00:53 | UTC |
| 1146) | 08/18/2016 | 15:22:20 | UTC |
| 1147) | 08/18/2016 | 20:24:54 | UTC |
| 1148) | 08/19/2016 | 00:16:24 | UTC |
| 1149) | 08/19/2016 | 13:39:01 | UTC |
| 1150) | 08/19/2016 | 16:35:24 | UTC |
| 1151) | 08/19/2016 | 20:41:26 | UTC |
| 1152) | 08/19/2016 | 22:45:15 | UTC |
| 1153) | 08/19/2016 | 22:45:16 | UTC |
| 1154) | 08/20/2016 | 12:18:59 | UTC |
| 1155) | 08/20/2016 | 14:30:37 | UTC |
| 1156) | 08/20/2016 | 16:54:39 | UTC |
| 1157) | 08/22/2016 | 13:29:34 | UTC |
| 1158) | 08/22/2016 | 15:30:42 | UTC |
| 1159) | 08/22/2016 | 20:13:23 | UTC |
| 1160) | 08/23/2016 | 16:19:17 | UTC |
| 1161) | 08/23/2016 | 20:21:53 | UTC |
| 1162) | 08/23/2016 | 23:11:08 | UTC |
| 1163) | 08/24/2016 | 13:55:29 | UTC |
| 1164) | 08/24/2016 | 17:13:25 | UTC |
| 1165) | 08/24/2016 | 20:05:12 | UTC |
| 1166) | 08/24/2016 | 23:43:57 | UTC |
| 1167) | 08/25/2016 | 13:12:27 | UTC |
| 1168) | 08/25/2016 | 15:30:50 | UTC |
| 1169) | 08/25/2016 | 21:50:15 | UTC |
| 1170) | 08/26/2016 | 12:47:39 | UTC |
| 1171) | 08/26/2016 | 15:24:58 | UTC |
| 1172) | 08/26/2016 | 20:23:28 | UTC |
| 1173) | 08/26/2016 | 22:05:04 | UTC |
| 1174) | 08/27/2016 | 12:07:53 | UTC |
| 1175) | 08/27/2016 | 14:21:53 | UTC |
| 1176) | 08/27/2016 | 14:21:53 | UTC |
| 1177) | 08/27/2016 | 16:22:24 | UTC |
| 1178) | 08/27/2016 | 17:29:43 | UTC |
| 1179) | 08/29/2016 | 13:28:00 | UTC |
| 1180) | 08/29/2016 | 15:25:49 | UTC |
| 1181) | 08/29/2016 | 20:18:01 | UTC |
| 1182) | 08/29/2016 | 22:14:27 | UTC |
| 1183) | 08/29/2016 | 22:14:28 | UTC |
| 1184) | 08/30/2016 | 13:23:00 | UTC |
| 1185) | 08/30/2016 | 15:38:26 | UTC |
| 1186) | 08/30/2016 | 21:51:18 | UTC |
| 1187) | 08/31/2016 | 00:39:24 | UTC |
| 1188) | 08/31/2016 | 12:19:12 | UTC |

| 1189) | 08/31/2016 | 15:27:50 | UTC |
| 1190) | 08/31/2016 | 20:04:05 | UTC |
| 1191) | 08/31/2016 | 22:51:45 | UTC |

31.      Defendant made the immediately-aforementioned calls in an attempt to collect the Debt directly from Plaintiffs.

32.      On each of the immediately-aforementioned calls, Defendant made the calls using an ATDS, a PTDS, or an APV,

33.      During one or more of the aforementioned calls, including but not limited to the calls occurring on February 12, 2015 and August 31, 2015, Plaintiff spoke with Defendant's employee or representative and requested that Defendant stop calling Plaintiff's Cellular Telephone.

34.      Plaintiff retained Leavengood, Dauval, Boyle & Meyer, P.A., d/b/a LeavenLaw (hereinafter, "Undersigned Counsel") for the purpose of pursuing this matter against Defendant, and Plaintiff is obligated to pay their attorneys a reasonable fee for their services.

35.      Plaintiff has not been able, due to personal commitments, as well as the continued and increasing stress associated with the continued barrage of Debt collection calls, to record the specifics (as done above) of each and every call made to Plaintiff.  Plaintiff asserts, however, that the above-referenced calls are but a sub-set of the calls made in violation of the FCCPA and the TCPA.  Further, Defendant is in the best position to determine and ascertain the number and methodology of calls made to Plaintiff.

36.      As a direct result of Defendant's actions, Plaintiff suffered emotional distress, anxiety, inconvenience, frustration, annoyance, fear, confusion, and loss of sleep, believing that his requests that Defendant stop the auto-dialed debt collection calls were wholly ineffective, and that Plaintiffs simply must endure Defendant's frequent and repeated debt collection attempts.

37.     Florida Statutes, Section 559.77 provides for the award of $1,000.00 statutory damages, actual damages, punitive damages, and an award of attorneys' fees and costs to Plaintiff, should Plaintiff prevail in this matter against Defendant.

38.     United States Code, Title 47, Section 227(b)(3) provides for the award of $500.00 or actual damages, whichever is greater, for each telephone call made using any automatic telephone dialing system or an artificial or pre-recorded voice to Plaintiff's Cellular Telephones in violation of the TCPA or the regulations proscribed thereunder.

39.     Additionally, the TCPA, Section 227(b)(3) allows the trial court to increase the damages up to three times, or $1,500.00, for each telephone call made using any automatic telephone dialing system or an artificial or prerecorded voice to Plaintiff's Cellular Telephones in willful or knowing violation of the TCPA or the regulations proscribed thereunder.

40.     As of the date of this complaint, no final judgment regarding the Debt has been obtained by, or transferred to, Defendant.

**COUNT ONE:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72(7)**

Plaintiffs re-allege paragraphs one (1) through forty (40) as if fully restated herein and further state as follows:

41.     Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(7) by collecting a consumer Debt from Plaintiff through means and with such frequency as can reasonably be expected to abuse or harass Plaintiff.

42.     Specifically, Defendant directly called Plaintiff's Cellular Telephone in an attempt to collect the Debt using an ATDS, PTDS, or an APV, a minimum of 1,191 times during a two-year period, often more than one call per day, without Plaintiff's prior express consent to auto-dial

his Cellular Telephone. Such calls continued despite Plaintiff's oral request for Defendant to stop calling his Cellular Telephone.

43.    Defendant's conduct served no purpose other than to annoy, force, coerce, harass, frighten, embarrass, and/or humiliate Plaintiff into paying the Debt.

44.    Defendant's willful and flagrant violation of, *inter alia*, the Florida Consumer Collections Practices Act as a means to collect a Debt, constitutes unlawful conduct and harassment as is contemplated under Florida Statutes, Section 559.72(7).

45.    As a direct and proximate result of Defendant's actions, Plaintiff sustained damages as defined by Florida Statutes, Section 559.77.

**COUNT TWO:**
**UNLAWFUL DEBT COLLECTION PRACTICE –**
**VIOLATION OF FLORIDA STATUTES, SECTION 559.72(9)**

Plaintiffs re-allege paragraphs one (1) through forty (40) as if fully restated herein and further state as follows:

46.    Defendant is subject to, and violated the provisions of, Florida Statutes, Section 559.72(9) by attempting to collect the Debt while asserting the existence of a legal right with the knowledge that the right does not exist.

47.    Defendant possessed actual knowledge of Plaintiff's lack of prior express consent and/or revocation of such consent to auto-dial Plaintiff's Cellular Telephone.

48.    Despite possessing such knowledge, Defendant repeatedly attempted to collect the Debt directly from Plaintiff by directly calling Plaintiff's Cellular Telephone *at least* 1,191 times.

49.    Defendant knowingly and falsely asserted the right to collect the Debt directly from Plaintiff using an ATDS, PTDS, or an APV. Defendant knew it did not possess such right.

50.    As a direct and proximate result of Defendant's actions, Plaintiffs sustained damages as defined by Florida Statutes, Section 559.77.

33

**COUNT THREE:**
**TELEPHONE CONSUMER PROTECTION ACT –**
**VIOLATION OF 47 UNITED STATES CODE, SECTION 227(b)(1)(A)**

Plaintiffs re-allege paragraphs one (1) through forty (40) as if fully restated herein and further states as follows:

51.     Defendant is subject to, and violated the provisions of, 47 United States Code, Section 227(b)(1)(A) by using an automatic telephone dialing system, a predictive telephone dialing system, or an artificial or pre-recorded voice to call a telephone number assigned to a cellular telephone service without Plaintiff's prior express consent.

52.     Defendant used an ATDS, PTDS, or an APV to call Plaintiff's Cellular Telephone at least 1,191 times in an attempt to collect the Debt.

53.     At no time herein did Defendant possess Plaintiff's prior express consent to call Plaintiff's Cellular Telephones using an ATDS, a PTDS, or an APV.

54.     If Defendant contends it nonetheless possessed Plaintiffs' prior express consent, Plaintiffs revoked such consent the moment—and each subsequent time—that Plaintiff orally requested Defendant stop calling his Cellular Telephone.

55.     Additionally, if Defendant contends it made the above-referenced phone calls for "informational purposes only," Defendant nevertheless lacked the required prior express written consent necessary to make such informational calls to Plaintiff's Cellular Telephones using an ATDS, a PTDS, or an APV.

56.     The phone calls made by Defendant complained of herein are the result of repeated willful and knowing violations of the TCPA.

57.     As a direct and proximate result of Defendant's conduct, Plaintiff has suffered:

     a.     The periodic loss of their Cellular Telephone service;

b.      Lost material costs associated with the use of peak time Cellular Telephone minutes allotted under their cellular telephone service contracts; and

c.      Stress, anxiety, loss of sleep, and deterioration of relationships, both personal and professional, as a result of the repeated willful and knowing calls placed in violation of the TCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, as a direct and proximate result of Defendant's conduct, Plaintiff respectfully requests against Defendant an entry of:

a.      Judgment against Defendant declaring that Defendant violated the FCCPA and the TCPA;

b.      Judgment against Defendant for maximum statutory damages for violations of the FCCPA;

c.      Judgment against Defendant for statutory damages in the amount of $500.00 for each of Defendant's telephone calls that violated the TCPA;

d.      Judgment against Defendant for treble damages in the amount of an additional $1,000.00 for each telephone call that violated the TCPA for which Defendant acted knowingly or willingly—or both;

e.      Judgment providing injunctive relief, prohibiting Defendant from further engaging in conduct that violates the FCCPA and the TCPA;

f.      An award of attorneys' fees and costs;

g.      Actual damages in an amount to be determined at trial;

h.      Punitive damages in an amount to be determined at trial; and

i.      Any other such relief the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues triable by right.

## SPOLIATION NOTICE AND DEMAND TO RETAIN EVIDENCE

Plaintiff hereby gives notice to Defendant and demand that Defendant and its affiliates safeguard all relevant evidence—paper, electronic documents, or data—pertaining to this litigation as required by law.

Respectfully submitted,

LEAVENLAW

/s/ G. Tyler Bannon
**Ian R. Leavengood, Esq., FBN 010167**
**Jordan T. Isringhaus, Esq., FBN 091487**
**G. Tyler Bannon, Esq., FBN 0105718**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone:    (727) 327-3328
Fax:        (727) 327-3305
collectiondefense@leavenlaw.com
jisringhaus@leavenlaw.com
tbannon@leavenlaw.com
*Attorneys for Plaintiff*

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA )
)
COUNTY OF PINELLAS )

Plaintiff GEORGE AINSWORTH, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit which has been attached to this Complaint, if any, is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated any exhibits, except that some of the attached exhibits, if any, may contain some of my own handwritten notations.

*George L Ainsworth*
GEORGE AINSWORTH

Subscribed and sworn to before me
this 28th day of June , 2017.

*Farzaana N. Stone*
Notary Public

My Commission Expires: 2-25-19         Proof of I.D.: FL DRIVER'S LICENSE



**FARZAANA N. STONE**
MY COMMISSION # FF203870
EXPIRES February 25, 2019
(407) 398-0153   FloridaNotaryService.com

37