UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE AINSWORTH,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO. 8:17-cv-1768-T-23AEP

DFS SERVICES LLC,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 23), the action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 12, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE